```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   EL DORADO DIVISION
```

DAMON JONES                                                    PLAINTIFF

V.                       CASE NO. 1:10-CV-01006

SHERIFF DANNY FOSTER,
CAPTAIN TRUMAN YOUNG,
LT. JANET DELANEY, SGT.
CLAUDIA DAVIS, and
JAILER SAMUEL PITTS                                           DEFENDANTS

                              ORDER

On this 14th day of September, 2011, there comes on for consideration the report and recommendation filed in this case on August 22, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 23). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. 13) is **GRANTED IN PART AND DENIED IN PART.** All claims asserted by Plaintiff are dismissed except those involving the denial of medical care against Sheriff Foster and Captain Young. Lieutenant Delaney, Sgt. Davis, and Jailer Pitts are dismissed as Defendants from this action.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge